IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERE'LYNN D. BYNUM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-cv-3023-N-BN |
| | § | |
| FEDERAL EXPRESS | § | |
| CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court should deny Plaintiff Tere'Lynn Bynum's first Motion for Remand with Sanctions [Dkt. No. 16] and Amended Motion to Remand, for Sanctions, for District Attorney Referral, and for Immediate Payment Order [Dkt. No. 25]; grant Defendant Federal Express Corporation's Motion to Dismiss [Dkt. No. 6]; and dismiss this lawsuit with prejudice. *See* Dkt. No. 39.

Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 20th day of March, 2026.

DAVID C. GODBEY
SENIOR UNITED STATES DISTRICT JUDGE